UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VAN HULTEN,<br><br>    Plaintiff,<br><br>v.<br><br>ABBA BAIL BONDS, et al.,<br><br>    Defendants. | No. 2:16-cv-02459 TLN CKD<br><br><br>ORDER |

On August 9, 2017, the court held a hearing on plaintiff's motion to compel and for sanctions against defendants. (ECF No. 18.) David Deason appeared telephonically for plaintiff, and John Valentine appeared telephonically for defendants.

Plaintiff Van Hulten was employed by defendant Abba Bail Bonds as a bail agent in the Sacramento office. Co-defendant Un is the owner of Abba Bail Bonds. Plaintiff purports to bring a class action on behalf of former and current Abba employees under the Federal Labor Standards Act ("FLSA") and California labor law. (ECF No. 4.) On July 5, 2017, the district judge extended the deadline for plaintiff to file his class certification motion to September 21, 2017 and the court's precertification deadline to September 11, 2017. (ECF No. 17.)

After an informal discovery conference on June 28, 2017, the undersigned ordered: "No later than seven days from the date of this order, defendants shall serve supplemental responses to plaintiff's requests for production and interrogatories. Failure to timely respond will result in sanctions." (ECF No. 15.) Defendants' counsel John Valentine states that he has made "multiple efforts before and after the July 5th deadline to obtain [defendants'] compliance with the court's

1

order but has not been successful in doing so." (ECF No. 21.) "There has been a complete breakdown in the attorney-client relationship that has led to [Valentine] filing a motion to withdraw as counsel." (Id.) That motion is set for hearing September 7, 2017. (ECF No. 19.)

Plaintiff's attorney Deason declares that "the numerous telephone calls, emails, review of frivolous objections, appearance at the informal teleconference, preparing this motion," and other efforts to obtain discovery have cost "needless attorney's fees in the amount of $2,250." (ECF No. 18-1.) Good cause appearing, the court will grant plaintiff's motion to compel and impose monetary sanctions on defendants.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel and for sanctions (ECF No. 18) is granted;

2. Defendants shall serve supplemental responses to plaintiff's First Set of Requests for Production of Documents and Interrogatories, including production of all responsive documents, no later than August 16, 2017. Failure to do so may result in issue sanctions; and

3. Sanctions are imposed against defendants and must be paid to Plaintiff's counsel in the amount of $2,250 by August 16, 2017.

Dated: August 11, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/vanhulten2459.mtc