UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VAN HULTEN, | No. 2:16-cv-02459 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| ABBA BAIL BONDS, et al., | |
| Defendants. | |

On September 27, 2017, the court held a hearing on plaintiff's second motion to compel and for sanctions against defendants. (ECF No. 31.) David Deason appeared telephonically for plaintiff. Defendant Un, now representing herself after her attorney successfully moved to withdraw (see ECF No. 36), did not appear, although both the district judge and the undersigned ordered her to appear (ECF Nos. 36 & 37) and the courtroom deputy attempted to contact her prior to the scheduled hearing. (See ECF No. 39.)

This action is styled as a class action on behalf of former and current ABBA employees under the Federal Labor Standards Act ("FLSA") and California labor law. There have been ongoing problems obtaining discovery from defendants Un and her company, ABBA Bail Bonds. On June 28, 2017, after an informal discovery conference, defendants were ordered to serve supplemental responses on pain of sanctions. (ECF No. 15.) Defendants did not so do. On August 9, 2017, defendants were again ordered to serve supplemental responses, and the court imposed sanctions of $2,250. (ECF No. 25.) Defendants did not comply. At plaintiff's request,

1

the district judge extended the deadline for pre-certification discovery to November 10, 2017 and the deadline for plaintiff to file his motion for class certification to November 16, 2017. (ECF No. 29.)

Before the court is plaintiff's second motion to compel, stating that: "To date, and despite the Court's two (2) previous discovery orders, Plaintiff has not received any discovery from Defendant." (ECF No. 31-1.) Good cause appearing, the court will grant plaintiff's motion to compel and impose monetary sanctions. Defendant Un is ordered to comply; failure to comply will result in additional sanctions, which may include being held in contempt of court.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel (ECF No. 31) is granted as follows:

2. Defendant Un shall serve Supplemental Responses to Plaintiff's First Sets of Requests for Production of Documents and Interrogatories, including production of all responsive documents, without objection, no later than October 6, 2017; and

3. Sanctions are imposed against defendant Un and must be paid to plaintiff's counsel, Deason & Archbold, in the amount of $750, along with outstanding sanctions in the amount of $2,250, by October 6, 2017.

Dated: October 2, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/vanhulten2459.mtc2