David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd, Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

Attorneys for Individual and Representative Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VAN HULTEN, individually, and on behalf of the general public and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ABBA BAIL BONDS, INC., a California corporation; JANE UN, an individual; and DOES 1 through 10, inclusive.<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-02459-TLN-CKD<br><br>[CLASS ACTION]<br><br>**ORDER RE JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION AND EXTEND COURT'S PRECERTIFICATION DISCOVERY CUT-OFF** |

////

Pursuant to the Parties' Joint Stipulation to Extend Deadline For Plaintiff to File Motion For Class Certification And Extend Court's Precertification Discovery Cut-Off, the Court Orders as follows:

1. That the deadline for Plaintiff to file his Motions for Class Certification be schedule for April 2, 2018; and

2. That the Court's precertification discovery deadline be set for April 2, 2018.

DATED: January 19, 2018

Troy L. Nunley
United States District Judge